CRD:db
96679-112873
#868495

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| T & W FORGE, INC. | ) | CASE NO. 5:05CV1637 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGE PATRICIA A. GAUGHAN** |
| v. | ) | **MAGISTRATE JUDGE BAUGHMAN** |
| | ) | |
| V & L TOOL INC. | ) | |
| | ) | STIPULATED MUTUAL DISMISSAL |
| Defendant. | ) | |
| | ) | |

We, the attorneys for Plaintiff T&W Forge and Defendants V & L Tool Inc. and Lycoming Engines, do hereby stipulate that the Complaint and the Counterclaim are settled and dismissed with prejudice at Defendants' costs.   Parties may access this filing through the Court's  electronic filing system.

Respectfully submitted,

*s/ Colleen Del Balso*
**TIMOTHY T. BRICK** (0040526)
**COLLEEN R. DEL BALSO** (0074807)
GALLAGHER SHARP
Sixth Floor - Bulkley Building
1501 Euclid Avenue
Cleveland, OH  44115
(216) 241-5310 (Telephone)
(216) 241-1608 (Telefax)
E-mail: tbrick@gallaghersharp.com
cdelbalso@gallaghersharp.com
***Counsel for Defendants***
***V & L Tool Inc. and Lycoming Engines***

So Ordered.
   /s/ Patricia A. Gaughan
                7/11/06